IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA             PLAINTIFF/RESPONDENT

v.     Criminal No. 5:06cr50018-001
Civil No. 08-5220

LEOPOLDO AGUADO-GUEL             DEFENDANT/PETITIONER

### ORDER

NOW on this 9th day of December, 2008, comes on for consideration the **Magistrate Judge's Report and Recommendation (Doc. 49)** in this matter, as well as the petitioner's **Objections thereto (Doc. 53)**. The Court has reviewed this matter de novo, and finds that the Report And Recommendation is sound in all respects; that the petitioner's objections thereto offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted in toto.

IT IS THEREFORE ORDERED that:

* The Magistrate Judge's Report And Recommendation is **adopted in toto** and, for the reasons set forth therein, the 28 U.S.C. § 2255 petition is **denied** and **dismissed with prejudice**.

* The **motions (Docs. 50, 51, 54)** filed by the petitioner subsequent to the issuance of the Report and Recommendation are **DENIED** as without merit.

IT IS SO ORDERED.

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE